IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

GLORICE MCPHERSON,                    *

    Plaintiff,                        *

vs.                                   *

                                CASE NO. 4:25-cv-78-CDL-AGH

T-MOBILE, *et al.*                    *

    Defendants.                       *

O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on February 12, 2026 is hereby approved, adopted, and made the Order of the Court. The Court considered Plaintiff's objections to the Report and Recommendation and finds that they lack merit. Further, Plaintiff's request for leave to amend her complaint in her objections to the Report and Recommendation is improper. *See Rosenberg v. Gould*, 554 F.3d 962, 967 (11th Cir. 2009)("Where a request for leave to file an amended complaint simply is imbedded within an opposition memorandum, the issue has not been raised properly.")(quoting *Posner v. Essex Ins. Co.*, 178 F.3d 1209, 1222 (11th Cir. 1999)). Accordingly, Plaintiff's request for leave to amend her complaint is denied.

IT IS SO ORDERED, this 5th day of March, 2026.

S/Clay D. Land
CLAY D. LAND, Judge