IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

GLORICE MCPHERSON,                          *

          Plaintiff,                *

v.                                                      Case No.  4:25-cv-78-CDL-AGH

                                   *

T-MOBILE *et al.,*

                                   *

          Defendants.

                                   *

## J U D G M E N T

Pursuant to this Court's Order dated 3/5/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 5th day of March, 2026.

David W. Bunt, Clerk


s/ Elizabeth S. Long, Deputy Clerk